# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ANTHONY CRUMMELL, JR. ,

    Plaintiff,

v.                                               Case No.   3:16-cv-901-J-32JRK

REGIONAL ACCEPTANCE
CORPORATION,

    Defendant.

## **O R D E R**

Upon review of Joint Stipulation and Order for Dismissal (Doc. 15), filed on March 14, 2017, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of March, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record